ATLANTA & CAROLINA RAILWAY *v.* HOLLINGSWORTH, admr., *et al.*

BECK, J. 1. Under the peculiar facts of this case, the court did not err in appointing a receiver.

2. Had the evidence which was rejected been admitted, it should not have changed the result.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent, and Lumpkin, J., disqualified.*
MARCH 9, 1915.

Receivership. Before Judge Pendleton. Fulton superior court. June 16, 1914.

*Simmons & Simmons,* for plaintiff in error.

*Burton Smith, Robert C. & Philip H. Alston, Daley & Chambers, W. A. Fuller,* and *L. S. Hulbert,* contra.